IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIA C. VENOYA,

    Petitioner,

vs.

STATE OF CALIFORNIA, et al.,

    Respondents.

No. 2:08-cv-01699-MCE-DAD P

ORDER

Shirley V. Remmert, on behalf of petitioner Julia C. Venoya, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On March 5, 2009, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 5, 2009 are adopted in full;

2. Petitioner's July 23, 2008 and August 7, 2008 applications to proceed in forma pauperis (Docket Nos. 2 and 5) are denied;

3. Petitioner's application for a writ of habeas corpus is dismissed;

4. The Clerk of the Court is directed to send a courtesy copy of this order to Portor Goltz, San Mateo County Deputy Counsel, 400 County Center, Redwood City, CA 94063-1662; and

5. This action is closed.

Dated: March 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE